UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH McNEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No.2:20-CV-71-BM |
| KILOLO KIJAKAZI, ) | |
| *Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on plaintiff's motion for judgment on the pleadings and defendant's motion for judgment on the pleadings.**

**IT IS ORDERED that Plaintiff's Motion for Judgment on the Pleadings [DE-21] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-27] is DENIED and this matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order.**

This Judgment Filed and Entered on September 30, 2022 with service on:
Branch W. Vincent III(via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk