UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH McNEILL, )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 2:20-CV-71-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorney fees (D.E. 36) and the stipulation (D.E. 38) between plaintiff Brian Keith McNeill ("plaintiff") and defendant Commissioner of Social Security ("Commissioner") regarding plaintiff's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).**

**IT IS ORDERED, ADJUDGED AND DECREED that the motion by plaintiff is ALLOWED. The Commissioner shall pay $4,458.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Branch Vincent and mailed to him at the following address pursuant to plaintiff's assignment [DE-13 at page 246] to his attorney of his right to payment of attorney's fees under the EAJA: Branch W. Vincent, 8 Juniper Trail, Southern Shores, NC 27949. If the award is subject to the Program, the balance shall be mailed to Attorney Vincent at the above address and the check made payable to him if allowed by the Program.**

<u>This Judgment Filed and Entered on January 17, 2023  with service on:</u>

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)

Mark J. Goldenberg(Via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk